IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDISON C. TATE, individually, and ) <br> GAYLE J. TATE, individually, as the spouse ) <br> of EDISON C. TATE, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> STATCO ENGINEERING AND ) <br> FABRICATORS, INC. and ) <br> PROCESS AUTOMATION DESIGN, ) <br> INC. d/b/a PROCESS AUTOMATION, INC., ) <br>   ) <br> Defendants, ) <br>   ) <br> COMMERCE AND INDUSTRY INSURANCE ) <br> COMPANY, ) <br>   ) <br> Third-Party Plaintiff/Intervenor. ) | Case No.  CIV-12-002-JHP |

**PLAINTIFFS' RESPONSE TO DEFENDANT
STATCO ENGINEERING AND FABRICATORS, INC.'S
MOTION FOR CONTINUANCE OF TRIAL DATE AND ENTRY OF
<u>NEW SCHEDULING ORDER [DOCUMENT NO. 130]</u>**

COME NOW the Plaintiffs, Edison C. Tate and Gayle J. Tate, by and through their counsel of record, Joe E. White, Jr. and Charles C. Weddle III, and hereby respond to Defendant's Motion for Continuance of Trial date and Entry of New Scheduling Order [Document No. 130] and, pursuant to this Court's Minute Order entered on December 23, 2013, hereby submit the expedited response.

1. Plaintiffs are prepared to try this case as previously ordered on February 10, 2014;

2. Plaintiffs' counsel advises the Court of the following conflicts in March, 2014:

(a) On Monday, March 3, 2014, a Federal settlement conference in Muskogee set to begin at 9:30 a.m. in *Felisha Carshall v. LeFlore County Detention Center, et al.* before the Honorable Magistrate Judge Kim West;

(b) Plaintiffs' counsel is available the week of March 10, 2014, through March 18, 2014; and

(c) Plaintiff's counsel is scheduled to begin a week-long trial in Oklahoma County District Court before the Honorable Patricia Parrish March 24, 2014, in *William Hicks, et al. v. Epworth Villa*, *et al.*, CJ-2011-8387.

3. Plaintiffs' counsel has no objection to this matter being set for trial on March 4, 2014.

WHEREFORE, Plaintiffs submit their expedited Response to Defendant's Motion for Continuance of Trial Date and Entry of New Scheduling Order [Document No. 130] pursuant to this Court's Minute Order [Document 132] and for such other relief as this Court deems just, proper, and right.

Respectfully submitted,

*s/ Joe E. White, Jr.*
JOE E. WHITE, JR.         OBA #12930
CHARLES C. WEDDLE III     OBA #18869
WHITE & WEDDLE, P.C.
5532 N. Western
Oklahoma City, Oklahoma 73118
(405) 858-8899
(405) 858-8844 FAX
joe@whiteandweddle.com
charles@whiteandweddle.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Steven E. Holden
    Shad K. Withers
    Chris Hastings

    *s/ Joe E. White, Jr.*
    JOE E. WHITE, JR.